IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RGA ENTERPRISE SERVICES COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1343 (MN) (JLH) |
| LEARNING TECHNOLOGIES GROUP INC. F/K/A PEOPLEFLUENT, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 9th day of November 2022:

WHEREAS, on October 25, 2022, Magistrate Judge Hall issued a Report and Recommendation and Order ("the Report") (D.I. 57) in this action recommending[1] that the Court deny Plaintiff's request for leave to amend the complaint (D.I. 53, 56); and

WHEREAS, no party filed objections to the Report and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the sole recommendation in the Report and Recommendation and Order (D.I. 57) is ADOPTED and Plaintiff's request for leave to amend the complaint (D.I. 53, 56) is DENIED.

The Honorable Maryellen Noreika
United States District Court Judge

---

[1] This is the only recommendation in the Report. The remainder of the ruling in the Report are orders handed down by Judge Hall and not recommendations.